IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY ) ) ) | |
| v. ) ) ) | No. 3-13-1234 |
| HAWKEYE MANUFACTURING, INC.; ) and BALBOA WATER GROUP, LLC ) | |

O R D E R

The plaintiff's motion for admission pro hac vice (Docket Entry No. 11) is GRANTED.

Jeremy L. Jones is hereby admitted to practice in this case on behalf of the plaintiff.

As a housekeeping matter, the reference to defendant Hawkeye Manufacturing, Inc. in paragraph 4 of the order entered November 13, 2013 (Docket Entry No. 8), is hereby amended to refer instead to defendant Balboa Water Group, LLC.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge